[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 8, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12776
Non-Argument Calendar

_____

D. C. Docket No. 06-20596-CR-ASG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WALTER ADONAY LOPEZ RIVAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 8, 2008)**

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, appointed counsel for Walter Adonay Lopez Rivas in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lopez Rivas's conviction and sentence are **AFFIRMED**.